# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Owensboro Division

| | |
|---|---|
| Margarita Sinani )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>LVNV Funding, LLC, *et al.* )<br>    *Defendant* )<br>) | Case No.  4:14-cv-00064 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that the parties have settled all matters raised in the complaint and Plaintiff is Dismissing with Prejudice her claims against all Defendants in this case.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin
Unit #4
(502) 473-6525
Email: james@kyconsumerlaw.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of February, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

      /s/ James H. Lawson
      James H. Lawson
      *Counsel for Plaintiff*